**No. 60317.**—W. X. Huber Co. *v.* United States, protests 591898–G, etc. (Los Angeles).

Opinion by Rao, J.  At the trial, it was stipulated that the merchandise at bar is of the same class or kind as that involved in the cases of *Brin Bros. & Senegram* v. *United States* (22 Cust. Ct. 127, C. D. 1170) and Abstract 58204.

The witness for the plaintiff testified that the rags were of a kind chiefly used for papermaking. On the record presented, the claim of the plaintiff was sustained.